Appeal No.    2024AP51
Cir. Ct. No.  2021CV238
IN COURT OF APPEALS

STATE OF WISCONSIN EX REL. DOUGLAS OITZINGER,

PLAINTIFF-APPELLANT-CROSS-RESPONDENT,

FILED

V.

Mar. 17, 2025

CITY OF MARINETTE AND MARINETTE COMMON COUNCIL,

Samuel A. Christensen
Clerk of Court of Appeals

DEFENDANTS-RESPONDENTS-CROSS-APPELLANTS.

## ERRATA SHEET

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Clerk of Circuit Court
Marinette County Courthouse
Electronic Notice

Court of Appeals District I
Electronic Notice

Matthew J. Hastings
Electronic Notice

Court of Appeals District III
Electronic Notice

Sarah Barwise Joseph
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Thomas Claire Kamenick
Electronic Notice

Court of Appeals District II
Electronic Notice

Michael J. King
Electronic Notice

Court of Appeals District IV
Electronic Notice

Robert J. Lauer
Electronic Notice

Hon. Jay N. Conley
Circuit Court Judge
Electronic Notice
Caroline Brazeau

Christa Westerberg
Pines Bach LLP
122 W. Washington Ave., Ste. 900
Madison, WI 53703

PLEASE TAKE NOTICE that corrections were made to paragraph 75 and footnote 21 in the above-captioned opinion which was released on February 18, 2025. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.